```
 1  CAMPEAU GOODSELL SMITH
    A Law Corporation
 2  SCOTT L. GOODSELL, #122223
    MARC L. PINCKNEY, #127004
 3  38 West Santa Clara Street
    San Jose, California  95113
 4  Telephone:  (408) 295-9555

 5  ATTORNEYS FOR DEBTOR
    AND DEBTOR-IN-POSSESSION
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 01-55137-WSJ |
|---|---|---|
| SILICON VALLEY TELECOM EXCHANGE, LLC, | ) ) ) ) | CHAPTER 11 |
| Debtor. | ) ) ) ) ) ) | Date:  June 29, 2006<br>Time:  2:15 P.M..<br>Place:  280 S. First Street, Room 3099<br>            San Jose, CA<br>Judge: Arthur S. Weissbrodt |

**NOTICE OF DEBTOR'S MOTION FOR
ORDER APPROVING STIPULATION AUTHORIZING USE OF CASH COLLATERAL
AND ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that SILICON VALLEY TELECOM EXCHANGE, LLC (hereinafter "SVTX" or "Debtor"), the Debtor and Debtor-In-Possession herein, has filed a Motion for Order Approving Stipulation Authorizing Use of Cash Collateral and Adequate Protection Pursuant to FRBP Rule 4001(b). The hearing on this motion has been set for June 29, 2006, at 2:15p.m., or as soon thereafter as the Motion may be heard. The hearing will be before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in his Courtroom No. 3099, United States Bankruptcy Court, 280 So. First Street, San Jose, California.

DATED:   June 2, 2006              CAMPEAU GOODSELL SMITH

                                   By:   /s/ Marc L. Pinckney
                                         Marc L. Pinckney
                                         Attorneys for Debtor
                                         Silicon Valley Telecom Exchange, LLC