The following constitutes the
Order of the Court. Signed 12/26/2006

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, #122223
MARC L. PINCKNEY, #127004
38 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 295-9555

ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 01-55137-wsj |
| SILICON VALLEY TELECOM EXCHANGE, LLC, | CHAPTER 11 |
| Debtor. | Date: December 14, 2006<br>Time: 2:15 p.m.<br>Judge: Hon. Arthur S. Weissbrodt<br>280 S. First St., Courtroom 3020<br>San Jose, California |

**ORDER AFTER HEARING ON
FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**

The first interim application of Campeau Goodsell Smith ("CGS"), counsel for Debtor and Debtor-in-Possession, SILICON VALLEY TELECOM EXCHANGE, LLC's (hereinafter "Debtor") for compensation for services rendered and costs incurred from October 14, 2001 through August 23, 2006, came on regularly for hearing before the above-entitled Court on December 14, 2006. Appearances were noted on the record.

The matter having been submitted for decision, the Court having considered the pleadings on file, arguments having been made, evidence offered, for good cause shown, and for the reasons stated orally on the record:

IT IS HEREBY ORDERED that:

1. The first interim application of CGS for compensation for services rendered and costs incurred is granted, in part. The Debtor is hereby authorized to pay CGS the sum of **$230,000** ($200,000 plus application of $30,000 retainer) in fees and **$33,147.11** in expenses. This order is made without prejudice to CGS to bring an application for compensation for services rendered at a later date based on changed circumstances.

2. The funds are to be immediately transferred to CGS's trust account and held until an order appointing CGS as attorney for debtor is entered in this case.

*** END OF ORDER ***



*Nunc pro tunc APW*

## COURT SERVICE LIST

**CB Richard Ellis**
Ellis Reiter, Esq.
355 S. Grand Ave., Ste. 1200
Los Angeles, CA 90071

**Corporate Builders, Inc.**
Marcus O. Colabianchi, Esq.
Thelen Reid & Pries, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606

**Cupertino Electric**
1132 N. 7th Street
San Jose, CA 95112 (cr)

**Employment Development Dept.**
P. O. Box 944203
Sacramento, CA 94244-2030 (cr)

**Enron Broadband Services**
600 Travis Ste. 4200
Houston Tx 77002 (cr)

**Fernando/Karen Rubio**
308 Casitas Bulevar
Los Gatos, CA 95032 (cr)

**Franchise Tax Board**
Special Procedures
P. O. Box 2952
Sacramento, CA 95812-2952 (cr)

**Granite Capital Investments, Inc.**
Watson, Khachadourian and Iams
1000 G St. 2nd Fl.
Sacramento, CA 95814 (cr)

**Internal Revenue Service**
Special Procedures
P. O. Box 99 / Stop HQ-5420
San Jose, CA 95103 (cr)

**Joseph G. Tursi, Esq**
989 East Hillsdale Blvd., Suite 160
Foster City, CA 94404 (cr)

**Mark Santikos**
Enron Realty Advisors
1400 Switch Street #EB468
Houston, TX 77002 (cr)

**McFarlane Cazale Assoc.**
1631 Willow Street
San Jose, CA 95112 (cr)

| | |
|---|---|
| 1 | **Michael Oaks**<br>PO Box 64 |
| 2 | Wilburton OK 74578 (cr) |
| 3 | **Mike Oaks**<br>c/o Dominion Law Firm |
| 4 | 1155 N. First Street, Ste 101<br>San Jose, CA 95112 (cr) |
| 5 | |
| 6 | **Networks CoLos, Inc.**<br>Watson, Khachadourian and Iams<br>1000 G St. 2nd Fl. |
| 7 | Sacramento, CA 95814 (cr) |
| 8 | **NTT Communications**<br>Kenneth Law, Esq. |
| 9 | BIALSON, BERGEN & SCWAB<br>2600 El Camino Real, Ste. 300 |
| 10 | Palo Alto, CA 94306 |
| 11 | **Pacific Carriage Limited**<br>Robert C. Shenfeld, Esq. |
| 12 | Kelley Drye and Warren LLP<br>777 South Figueroa Street., Suite 2700 |
| 13 | Los Angeles, CA 90017-5825 (cr) |
| 14 | **Randall Lamb Associates**<br>c/o Don Eric Salom |
| 15 | 110 West C Street, Suite 1300<br>San Diego, CA 92101 |
| 16 | |
| 17 | **San Jose National Bank**<br>Wm. Thomas Lewis, Esq.<br>ROBERTSON & LEWIS |
| 18 | Ten Almaden Blvd., Ste. 500<br>San Jose, CA 95113 |
| 19 | |
| 20 | **San Jose Unified School District**<br>William Lewis, Esq.<br>Law Offices of William C. Lewis |
| 21 | 510 Waverley Street<br>Palo Alto, CA 94301 |
| 22 | |
| 23 | **State Board of Equalization**<br>Collection Unit<br>P. O. Box 642879 |
| 24 | Sacramento, CA 94279-0001 (cr) |
| 25 | **Telecom New Seland Limited International**<br>Robert C. Shenfeld, Esq. |
| 26 | Kelley Drye and Warren LLP<br>777 South Figueroa Street., Suite 2700 |
| 27 | Los Angeles, CA 90017-5825 (cr) |
| 28 | |

| | |
|---|---|
| 1 | **Verio**<br>Kenneth Law, Esq.<br>BIALSON, BERGEN & SCWAB<br>2600 El Camino Real, Ste. 300<br>Palo Alto, CA 94306 |
| 2 | |
| 3 | |
| 4 | Richard Wilbur<br>**Williams Pinelli & Cullen**<br>110 N. 3rd Street<br>San Jose, CA 95112 |
| 5 | |
| 6 | |
| 7 | **Carol J. Bassoni**<br>12 South First St., #408<br>San Jose, CA 95113-2389 |
| 8 | |
| 9 | **Hayne Development, Inc.**<br>Rocky Hayne, Agent for<br>362 Avenida Manzanos<br>San Jose, CA 95123 |
| 10 | |
| 11 | **Office of the U.S. Trustee**<br>280 S. First Street, Room 268<br>San Jose, CA 95113 |
| 12 | |
| 13 | **Daniel J. Mash**<br>Mash & Bahrick<br>1048 Lincoln Ave.<br>San Jose, CA 95125 |
| 14 | |
| 15 | |
| 16 | **David A. Tilem**<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Ste 201<br>Glendale, CA 91206 |
| 17 | |