CAMPEAU GOODSELL SMITH, A LAW CORPORATION
SCOTT L. GOODSELL, #122223
MARC L. PINCKNEY, #127004
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

The following constitutes the
Order of the Court. Signed

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SILICON VALLEY TELECOM EXCHANGE, LLC,<br><br>Debtor. | Case No. 01-55137-wsj<br><br>CHAPTER 11 |

**ORDER GRANTING DEBTOR'S APPLICATION TO AMEND ORDER SETTING COMPENSATION FOR INSIDERS**

Debtor and Debtor-in-Possession, SILICON VALLEY TELECOM EXCHANGE, LLC (hereinafter "Debtor") filed three (3) applications to amend this Court's order setting compensation for Debtor's principals that was entered on or about May 20, 2003 ("Compensation Order"). The applications were heard on September 14, 2004, October 7, 2004, and February 6, 2006, and sought to increase the compensation for Debtor's principals to pay income tax on income retained by Debtor but was attributed to Debtor's principals. The applications were granted subject to the United States Trustee approving the allocation of income tax to Debtor's retained income. However, only one order (Docket No. 802) was ever entered which related to the February 6, 2006, hearing, and it erroneously stated the amount Debtor was authorized to pay Debtor's principals. In addition, Debtor filed amended tax returns for 2001 through 2004 which had an impact on the

allocation of income tax to Debtor.

Debtor now seeks to an order amending the May 20, 2003, compensation order to set forth the amount Debtor may pay Debtor's principals for income tax attributed to them for tax years 2001 through 2005 on income retained by Debtor based on Debtor's amended tax returns. Further, the United States Trustee has reviewed the income tax allocation prepared by Debtor's accountants and approves the amount requested by Debtor.

IT IS HEREBY ORDERED that:

1. Debtor's application to amend this Court's May 20, 2003, Compensation Order is GRANTED. The Compensation Order is amended to permit payment of compensation to Debtor's insiders, Fred and Karen Rubio, for payment of their personal 2001 through 2005 federal and state income tax that they are liable for based on income attributed to them by Debtor by reason of Debtor being California Limited Liability Corporation. The compensation order is amended to permit Debtor to pay Debtor's principals the amount of $100,419.00, in addition to amounts authorized by the Compensation Order.

2. To the extent that Debtor has paid Debtor's principals more than $100,419.00, for income tax on income retained by Debtor for tax years 2001 though 2005, Debtor's principals shall reimburse Debtor the amount in excess of $100,419.00 within twenty (20) days of the date of this order.

3. This order supercedes prior orders amending the May 20, 2003, compensation order, including the March 29, 2006, order (Docket No. 802).

\* \* \* END OF ORDER \* \* \*

APPROVED AS TO FORM AND CONTENT:

**UNITED STATES TRUSTEE**

By: */s/ Nanette Dumas*
    Nanette Dumas, Esq.
    Attorneys for The United States Trustee

2
ORDER

Case: 01-55137   Doc# 1022   Filed: 08/30/07   Entered: 09/07/07 14:37:00   Page 2 of 5

**COURT SERVICE LIST**

Office of the U.S. Trustee
Attn: Nanette Dumas
280 S. First Street, Room 268
San Jose, CA 95113

San Jose National Bank
Wm. Thomas Lewis, Esq.
Robertson and Lewis
Ten Almaden Blvd. # 500
San Jose, CA 95113

CB Richard Ellis, Inc.
Ellis Reiter, Esq
355 S. Grand Avenue, Suite 1200
Los Angeles, CA 90071

Corporate Builders, Inc.
David DeLangis
200 Pine Ave., #510
Long Beach, CA 90802

Corporate Builders, Inc
Marcus O. Colabianchi
Thelen Reid Brown Raysman and Steiner
101 2nd St. #1800
San Francisco, CA 94105

Granite Capital Investments, Inc.
Gilbert Khachadourian, Jr.
Watson, Khachadourian and Iams
1000 G Street, 2nd Floor
Sacramento, CA 95814

NTT America, Inc.
Kenneth T. Law
Bialson, Bergen and Schwab
2600 El Camino Real #300
Palo Alto, CA 94306

Verio, Inc.
Kenneth T. Law
Bialson, Bergen and Schwab
2600 El Camino Real #300
Palo Alto, CA 94306

Michael Oaks
125 19th Ave. NE
Miami, OK 74354-2729

Michael Oaks
1210 Cheyenne Ave
Enid, OK 73703

3
ORDER

Case: 01-55137    Doc# 1022    Filed: 08/30/07    Entered: 09/07/07 14:37:00    Page 3 of 5

Enron Broadband Systems, Inc
Lidell A. Page
Law Offices of Andrews and Kurth
Sanwa Bank Bldg.
601 S Figueroa St. #1725
Los Angeles, CA 90017-5747

David Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206

Employment Development Dept.
P. O. Box 944203
Sacramento, CA 94244-2030

Fernando/Karen Rubio
308 Casitas Bulevar
Los Gatos, CA 95032

Fernando/Karen Rubio
c/o Daniel J. Mash
Mash & Bahrick
1960 The Alameda
San Jose, CA 95126

Franchise Tax Board
Special Procedures
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Special Procedures
P. O. Box 99 / Stop HQ-5420
San Jose, CA 95103

MCI Worldcom/MFS Telecom
P. O. Box 790351
St. Louis, MO 63179-0351

Randall Lamb Associates
Don Eric Salom
Law Offices of Don Eric Salom
110 West C St. #1300
San Diego, CA 92101

BERGELECTRIC CORPORATION
Lawrence Rubaum
Shaffer, Gold & Rubaum
12011 San Vicente Boulevard, Suite 600:
Los Angeles, CA 90049

San Jose Unified School District
Nancy L. Beauregard
Miller, Brown and Dannis
71 Stevenson St. 19th Fl.
San Francisco, CA 94105

| | |
|---|---|
| 1 | San Jose Unified School District |
| | William C. Lewis |
| 2 | 510 Waverly Street |
| | Palo Alto, CA 94301 |
| 3 | |
| | State Board of Equalization |
| 4 | Collection Unit |
| | P. O. Box 642879 |
| 5 | Sacramento, CA 94279-0001 |
| 6 | Telecom New Zealand USA Limited and Pacific Carriage Limited |
| | Robert C. Shenfeld, Esq. |
| 7 | Kelley Drye and Warren LLP |
| | 777 South Figueroa Street., Suite 2700 |
| 8 | Los Angeles, CA 90017-5825 |
| 9 | Marc L. Pinckney |
| | Campeau Goodsell Smith |
| 10 | 440 N. 1st Street, Suite 100 |
| | San Jose, California 95112 |