CAMPEAU GOODSELL SMITH A LAW CORPORATION
SCOTT L. GOODSELL, #122223
MARC L. PINCKNEY, #127004
440 N. 1st Street
San Jose, California   95112
Telephone:  (408) 295-9555

ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

The following constitutes the
Order of the Court. Signed 9\20\2007

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

SEP 1 2 2007

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 01-55137-wsj |
|---|---|
| SILICON VALLEY TELECOM EXCHANGE, LLC, | CHAPTER 11 |
| Debtor. | |

## ORDER CONFIRMING JOINT PLAN OF REORGANIZATION

The THIRD AMENDED JOINT PLAN OF REORGANIZATION under Chapter 11 of the Bankruptcy Code filed by DEBTOR, Rubio & Associates, Inc. ("Rubio & Associates") and Silicon Valley Telecom & Internet Exchange, LLC ("SVTIX" and, collectively, "Plan Proponents") on February 27, 2003, together with an amendment thereto filed on July 27, 2005, having been transmitted to creditors and equity security holders; the confirmation of said plan having come on for final hearing on August 24, 2007, before the Honorable Arthur S. Weissbrodt, U. S. Bankruptcy Judge, with such appearances as noted in the record; and the Court having considered the Plan, and it being determined after said hearing that:

1. The Plan has been accepted in writing by creditors and equity holders whose acceptance is required by law; and

2. The provisions of Chapter 11 of the Code have been complied with and that the Plan has been proposed in good faith and not by any means forbidden by law; and

3. Each holder of a claim or interest will receive or retain under the Plan property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would receive or retain if Debtor was liquidated under Chapter 7 of the Code on such date; and

4. All payments made or promised by Plan Proponents under the Plan or for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court; and

5. Confirmation of the Plan is not likely to be followed by the liquidation or need for further financial reorganization, of Debtor or any successor to Debtor under the Plan; and

6. The Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claimants or interests that is impaired under, and has not accepted, the Plan.

7. Compensation to Insiders: Fred Rubio is the sole member and managing member of SVTX; Fred and Karen Rubio are members of SVTIX and Fred Rubio is the managing member; and Fred Rubio is the sole shareholder, officer and director of Rubio and Associates. Fred Rubio will continue to be employed to manage SVTX, SVTIX, and Rubio & Associates. Fred Rubio's compensation for such service for managing SVTX, SVTIX, and Rubio & Associates shall be $10,000 per month, increasing by three percent (3%) each year until all Class 3-related claims have been paid in full. As additional compensation, health insurance shall be provided for all members of Fred Rubio's immediate family. Karen Rubio will be employed to provide book keeping and billing services for SVTX and SVTIX. Her compensation shall be $5,000 per month, increasing by three percent (3%) each year until all Class 3-related claims have been paid in full. The annual increases to compensation shall commence on September 1, 2008.

8. Interest: The Plan provides that creditors will receive simple interest at the Federal judgment interest rate which is based on the weekly average of 1-year constant maturity Treasury yield. The rate of interest is determined at the time of plan confirmation based on the weekly

average of 1-year constant maturity Treasury yield for the week ending prior to court confirmation of the Plan. The weekly average of 1-year constant maturity Treasury yield for the week ending prior to the court confirmation of the Plan was: 4.44%.

9. The effective date of the Plan shall be September 4, 2007.

IT IS HEREBY ORDERED that Plan Proponents' THIRD AMENDED PLAN OF REORGANIZATION [Docket No. 342], together with its AMENDMENT [Docket No. 1008], is confirmed.

IT IS FURTHER ORDERED that Debtor shall file post-confirmation reports with the Court in such format as may be acceptable to the Court and shall continue to pay quarterly U. S. Trustee fees until entry of a Final Decree.

* * * END OF ORDER * * *

APPROVED AS TO FORM AND CONTENT:

**UNITED STATES TRUSTEE**


By: */s/ Nanette Dumas*
    Nanette Dumas, Esq.
    Attorneys for The United States Trustee

**ROBERTSON & LEWIS**


By: */s/ Wm. Thomas Lewis*
    Wm. Thomas Lewis, Esq.
    Attorneys for secured creditor San Jose National Bank

# COURT SERVICE LIST

Al Freeman
109 E. Santa Clara Street, #129
San Jose, CA 95003

BergElectric Corporation
c/o Lawrence S. Rubaum, Esq
Shaffer, Gold & Rubaum, LLP
12011 San Vicente Blvd., #600
Los Angeles, CA 90049-4948

CB Richard Ellis, Inc.
Ellis Reiter, Esq
355 S. Grand Avenue, Suite 1200
Los Angeles, CA 90071

Corporate Builders, Inc.
David DeLangis
200 Pine Ave., #510
Long Beach, CA 90802

Corporate Builders, Inc
Marcus O. Colabianchi
Thelen Reid Brown Raysman and Steiner
101 2nd St. #1800
San Francisco, CA 94105

Corporate Builders, Inc.
William F. Hertz, II
Law Offices of Yanz and Hertz
2505 Canada Blvd. 2nd Fl.
Glendale, CA 91208-2042

Cupertino Electric
1132 N. 7th Street
San Jose, CA 95112

David Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206

Ed Cullen
Williams Pinelli & Cullen
110 N. 3rd Street
San Jose, CA 95112

Employment Development Dept.
P. O. Box 944203
Sacramento, CA 94244-2030

| | |
|---|---|
| 1 | Enron Broadband Systems, Inc<br>Lidell A. Page |
| 2 | Law Offices of Andrews and Kurth<br>Sanwa Bank Bldg. |
| 3 | 601 S Figueroa St. #1725<br>Los Angeles, CA 90017-5747 |
| 4 | |
| 5 | Fernando/Karen Rubio<br>308 Casitas Bulevar<br>Los Gatos, CA 95032 |
| 6 | |
| 7 | Fernando/Karen Rubio<br>c/o Daniel J. Mash |
| 8 | Mash & Bahrick<br>1960 The Alameda<br>San Jose, CA 95126 |
| 9 | |
| 10 | Firefly Sales LLC<br>c/o David J. Cook, Esq. |
| 11 | Cook, Perkiss and Lew<br>PO Box 270<br>San Francisco CA 94104 |
| 12 | |
| 13 | Franchise Tax Board<br>Special Procedures<br>P. O. Box 2952 |
| 14 | Sacramento, CA 95812-2952 |
| 15 | Fred Sibayan<br>c/o William C. Lewis, Esq. |
| 16 | Law Offices of William C. Lewis<br>510 Waverley Street |
| 17 | Palo Alto, CA   94301 |
| 18 | Granite Capital Investments, Inc.<br>Gilbert Khachadourian, Jr. |
| 19 | Watson, Khachadourian and Iams<br>1000 G Street, 2nd Floor |
| 20 | Sacramento, CA 95814 |
| 21 | Hayne Development, Inc.<br>c/o Carol J. Bassoni |
| 22 | 2084 Alameda Way<br>San Jose, CA 95126 |
| 23 | |
| 24 | Homeside Lending Inc.<br>8120 Nations Way Bldg. 100<br>Jacksonville, FL 32256 |
| 25 | |
| 26 | Homeside Lending, Inc.<br>Laurie Schiff |
| 27 | Attorneys Equity Law Group<br>23721 Birtcher Dr.<br>Lake Forest, CA 92630 |
| 28 | |

2

| | |
|---|---|
| 1 | Internal Revenue Service<br>Special Procedures |
| 2 | P. O. Box 99 / Stop HQ-5420<br>San Jose, CA 95103 |
| 3 | |
| 4 | Jose Maldonado<br>c/o Silicon Valley Telecom Exchange<br>250 Stockton Avenue |
| 5 | San Jose, California 95126 |
| 6 | McFarlane Cazale Assoc.<br>1631 Willow Street |
| 7 | San Jose, CA 95112 |
| 8 | MCI Worldcom/MFS Telecom<br>P. O. Box 790351 |
| 9 | St. Louis, MO 63179-0351 |
| 10 | Michael Oaks<br>125 19th Ave. NE |
| 11 | Miami, OK 74354-2729 |
| 12 | Michael Oaks<br>1210 Cheyenne Ave |
| 13 | Enid, OK 73703 |
| 14 | Networks CoLos, Inc.<br>Gilbert Khachadourian, Jr. |
| 15 | Watson, Khachadourian and Iams<br>1000 G Street, 2nd Floor |
| 16 | Sacramento, CA 95814 |
| 17 | NTT America, Inc.<br>Kenneth T. Law |
| 18 | Bialson, Bergen and Schwab<br>2600 El Camino Real #300 |
| 19 | Palo Alto, CA 94306 |
| 20 | Office of the U.S. Trustee<br>Attn: Nanette Dumas |
| 21 | 280 S. First Street, Room 268<br>San Jose, CA 95113 |
| 22 | |
| 23 | Orlando Mitts Moore & Company<br>c/o Carol J. Bassoni<br>2084 Alameda Way |
| 24 | San Jose, CA 95126 |
| 25 | Pacific Carriage Limited<br>Robert C. Shenfeld, Esq. |
| 26 | Kelley Drye and Warren LLP<br>777 South Figueroa Street., Suite 2700 |
| 27 | Los Angeles, CA 90017-5825 |
| 28 | |

Case: 01-55137   Doc# 1023   Filed: 09/20/07   Entered: 09/26/07 16:21:05   Page 6 of 7

```
 1  Popcomm Group, LLC
    c/o Michael Halaburda, Agent for Process
 2  6114 La Salle Ave., Suite 120
    Oakland, CA 94611
 3
    Randall Lamb Associates
 4  Don Eric Salom
    Law Offices of Don Eric Salom
 5  110 West C St. #1300
    San Diego, CA 92101
 6
    San Jose National Bank
 7  Wm. Thomas Lewis, Esq.
    Robertson and Lewis
 8  Ten Almaden Blvd. # 500
    San Jose, CA 95113
 9
    San Jose Unified School District
10  Nancy L. Beauregard
    Miller, Brown and Dannis
11  71 Stevenson St. 19th Fl.
    San Francisco, CA 94105
12
    San Jose Unified School District
13  William C. Lewis, Esq.
    Law Offices of William C. Lewis
14  510 Waverley Street
    Palo Alto, CA   94301
15
    State Board of Equalization
16  Collection Unit
    P. O. Box 642879
17  Sacramento, CA 94279-0001

18  Sunrise International Leasing Corp.
    Sandy Kleis
19  6465 Wayzata Blvd, Suite 310
    St Louis Park, MN 55426
20
    Telecom New Zealand USA Limited
21  Robert C. Shenfeld, Esq.
    Kelley Drye and Warren LLP
22  777 South Figueroa Street., Suite 2700
    Los Angeles, CA 90017-5825
23
    Verio, Inc.
24  Kenneth T. Law
    Bialson, Bergen and Schwab
25  2600 El Camino Real #300
    Palo Alto, CA 94306
26
    Marc L. Pinckney
27  Campeau Goodsell Smith
    440 N. 1st Street, Suite 100
28  San Jose, California 95112
```