UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 01-55137-wsj |
| SILICON VALLEY TELEPHONE EXCHANGE, LLC, | CHAPTER 11 |
| | Date: January 22, 2008 |
| Debtor. | Time: 1:15 p.m. |
| | Judge: Hon. Arthur S. Weissbrodt |
| | 280 S. First Street, Room 3022 |
| | San Jose, California |

### NOTICE OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR DEBTOR

    PLEASE TAKE NOTICE that on January 22, 2008, at 1:15 p.m., in the courtroom of the Honorable Arthur S. Weissbrodt at the United States Bankruptcy Court at 280 S. First Street, Room 3022, San Jose, California, the application of Campeau Goodsell Smith, counsel for Debtor, for final compensation for services rendered and costs incurred from October 14, 2001 through December 23, 2007, in the sum of $1,819,701.20. for fees and $45,260.59 for costs (before credit for interim payments previously approved), will come on regularly for hearing.

    Creditors and other parties in interest are invited to review the applications on file with the Clerk of the above-captioned Bankruptcy Court. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court and served on Campeau Goodsell Smith, 440 N. First Street, Suite 100, San Jose, CA 95112, at least five days before the hearing.

Dated: December 28, 2007        CAMPEAU GOODSELL SMITH

                                        By    /s/ Scott L. Goodsell
                                              Scott L. Goodsell
                                              Attorneys for Reorganized Debtor