# EXHIBIT A

SILICON VALLEY TELECOM EXCHANGE LLC　　　　　　　　　　　　　　　　　JUNE 30, 2008
C/O FRED RUBIO
308 CASITAS BULEVAR
LOS GATOS, CA 95032

---

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH JUNE 23, 2008

RE:　　CBI CLAIM INTERPLEADER
　　　　OUR FILE: 2006.03

## PROFESSIONAL SERVICES

| DATE | EMP | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/07/07 | MLP | Telephone call(s) from Tilem counsel re interpleader complaint status | 0.20 | 75.00 |
| 09/10/07 | MLP | Review email from attorney Colabianchi re CBI funds distribution interpleader action | 0.20 | 75.00 |
| 09/21/07 | WJH | Legal research to draft interpleader complaint for CBI claim monies | 2.80 | 980.00 |
| 09/21/07 | WJH | Draft interpleader complaint for CBI claim monies | 2.00 | 700.00 |
| 10/16/07 | WJH | On-line PACER research for Superior Court docket on CBI/Tilem litigation status for inclusion in interpleader complaint allegations | 0.20 | 70.00 |
| 12/28/07 | MLP | Review interpleader complaint re CBI-related funds and revise future payments declaration to conform with confirmed plan of reorganization provisions | 0.70 | 262.50 |
| 01/04/08 | MLP | Telephone conference(s) with attorney Wegman re interpleader status and reason for San Jose Bankruptcy Court jurisdiction/venue | 0.20 | 75.00 |
| 01/04/08 | MLP | Telephone conference(s) with attorney Salom re interpleader complaint status, including email copy of same | 0.40 | 150.00 |
| 01/07/08 | MLP | Telephone call(s) from attorney Wegman re interpleader action | 0.10 | 37.50 |

| DATE | EMP | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/08/08 | MLP | Telephone conference(s) with attorney Rothenberg (Tilem counsel) re interpleader action and sums to be interpled | 0.20 | 75.00 |
| 02/28/08 | WJH | Telephone conference with attorney Isaacs for Defendant Hertz regarding interpleader | 0.30 | 105.00 |
| 02/28/08 | WJH | Exchange email correspondence with Attorney Isaacs regarding responding to interpleader complaint | 0.20 | 70.00 |
| 03/25/08 | WJH | Review proposed stipulation to resolve interpleader litigation, and draft emails re same | 1.00 | 350.00 |
| 03/28/08 | WJH | Review email from counsel re stipulation to transfer action and deposit funds and defendant Hertz non-response to interpleader complaint | 0.80 | 280.00 |
| 03/31/08 | WJH | Review filed request for default and defendant Hertz tardy answer; review correspondence and telephone conference(s) with attorney Simon re same; draft emails to/from counsel re resolving interpleader matter | 0.90 | 315.00 |
| 04/01/08 | WJH | Telephone conference(s) with defendant Hertz counsel re default and tardy answer to interpleader complaint | 0.30 | 105.00 |
| 04/02/08 | WJH | Draft email to counsel re stipulation to resolve interpleader issues | 0.20 | 70.00 |
| 04/03/08 | WJH | Draft emails to/from counsel re resolving interpleader, including review draft stipulation to deposit funds and transfer jurisdiction | 0.50 | 175.00 |
| 04/04/08 | WJH | Draft emails to/from counsel re revised stipulation for interpleader action | 0.40 | 140.00 |
| 04/07/08 | WJH | Review email correspondence and revised stipulations regarding resolution of motion to deposit and interpleader action | 0.30 | 105.00 |
| 04/10/08 | WJH | Review proposed stipulations for jurisdiction transfer and funds deposit, and draft email to all counsel re same | 0.50 | 175.00 |
| 04/11/08 | WJH | Review email from Attorney Wegman re proposed stipulation for funds deposit | 0.30 | 105.00 |

| DATE | EMP | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/23/08 | WJH | Review emails from attorneys Wegman and Salom re final terms of stipulation for funds deposit and transfer of interpleader action | 0.20 | 70.00 |
| 04/29/08 | WJH | Telephone conference with counsel re stipulating to funds deposit and transfer of interpleader action, and draft emails to/from same | 0.40 | 140.00 |
| 05/01/08 | WJH | Review emails from attorneys Wegman and Salom regarding resolution of motion to deposit funds and to transfer interpleader action | 0.20 | 70.00 |
| 05/02/08 | WJH | Review emails and related stipulation on motion to deposit fund and review related Case Management Conference statement | 0.50 | 175.00 |
| 05/06/08 | WJH | Review emails re funds deposit and stipulation to transfer interpleader action, and draft notice of continuance and related Bankruptcy Court Case Management Conference statement, and telephone conference(s) with Bankruptcy Court Clerk re same | 1.00 | 350.00 |
| 05/07/08 | WJH | Draft email re continuing Bankruptcy Court status conference hearing pending court approval of stipulations on funds deposit and transfer of interpleader action | 0.30 | 105.00 |
| 05/08/08 | WJH | Draft amended Bankruptcy Court order on stipulation for funds deposit and Bankruptcy Court Case Management Conference hearing, including draft emails to/from counsel and Bankruptcy Court Clerk re same | 0.40 | 140.00 |
| 05/12/08 | WJH | Draft emails to/from attorney Wegman re correcting Bankruptcy Court order on funds deposit | 0.20 | 70.00 |
| 06/17/08 | WJH | Draft Bankruptcy Court Case Management Conference statement for interpleader action | 0.30 | 105.00 |
| 06/22/08 | WJH | Draft emails to/from attorney Wegman regarding interpleader and transfer issues | 0.30 | 105.00 |
| 06/23/08 | WJH | Draft emails to/from attorney Wegman re Bankruptcy Court deposit order; draft notice of interpleader deposit; and conference with SLG re same | 0.50 | 175.00 |

## SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| MLP | Marc L. Pinckney | 2.00 hr @ 375.00 | $ | 750.00 |
| WJH | William J. Healy | 15.00 hr @ 350.00 | $ | 5250.00 |

TOTAL PROFESSIONAL SERVICES 17.00 $ 6,000.00

## COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24/08 | Bankruptcy Court adversary proceeding filing fee | 250.00 |
| 01/31/08 | Postage | 12.85 |
| 02/29/08 | Postage | 9.66 |
| 03/31/08 | CD audio transcript | 26.00 |
| 04/15/08 | PACER charges | 14.75 |

TOTAL COSTS AND DISBURSEMENTS $ 313.26

TOTAL NEW CHARGES $ 6,313.26

## SUMMARY OF ACCOUNT

| | | |
|---|---|---|
| BALANCE FORWARD | $ | 0.00 |
| TOTAL NEW CHARGES | | 6,313.26 |
| PAYMENTS AND CREDITS | | 0.00 |

**TOTAL BALANCE DUE** $ 6,313.26

## TRUST ACCOUNT

BEGINNING TRUST BALANCE $ 0.00

09/21/07 Initial CBI plan distribution 105,885.38

ENDING TRUST BALANCE $105,885.38