CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Former Attorneys for Debtor

**IT IS SO ORDERED.
Signed August 19, 2008**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                           ) Case No. 01-55137-wsj
                                                 )
SILICON VALLEY TELECOM          ) CHAPTER 11
    EXCHANGE, LLC,                      )
                                                 )
                    Debtor.                 )
_____)

### ORDER AUTHORIZING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR

The final application of Campeau Goodsell Smith for compensation and reimbursement of expenses by attorney for debtor having come on for hearing before the Honorable Arthur S. Weissbrodt, U. S. Bankruptcy Judge, on July 17, 2008, at 3:00 p.m.; with Scott L. Goodsell of Campeau Goodsell Smith appearing on behalf of Applicant, and such other appearances as are noted in the record; the Court having considered pleadings filed, having determined that notice was appropriate, and good cause appearing therefor;

/////

IT IS HEREBY ORDERED THAT the net attorneys fees incurred and costs expended by Applicant in its Chapter 11 representation of the debtor as set forth in said Application, after credit for interim allowances made and sums previously paid, are hereby approved in the remaining sums of $948,033.97 for fees and $45,260.59 for costs stated therein, and debtor is authorized and directed to pay to Applicant the said sums for services rendered and costs expended but not yet compensated by the debtor pursuant to terms of the SVTX confirmed Plan.

IT IS FURTHER ORDERED THAT Applicant is allowed, after credit for payment previously received from the interpled monies, the supplemental sums of $4,000.00 for fees and $313.29 for costs in connection with the CBI Interpleader adversary proceeding, and debtor is authorized and directed to pay to Applicant the said sums for services rendered and costs expended pursuant to terms of the SVTX confirmed Plan.

\* \* \* **END OF ORDER** \* \* \*

**SO AGREED.**

Williams Pinelli & Cullen


By /s/ Edward Cullen
    Edward Cullen
    Attorneys for SVTX/SVTIX/Rubio Assoc.

# SERVICE LIST

**Employment Development Dept.**
P. O. Box 944203
Sacramento, CA 94244-2030 (cr)

**Fernando/Karen Rubio**
308 Casitas Bulevar
Los Gatos, CA 95032 (cr)

**Franchise Tax Board**
Special Procedures
P. O. Box 2952
Sacramento, CA 95812-2952 (cr)

**Internal Revenue Service**
Special Procedures
P. O. Box 99 / Stop HQ-5420
San Jose, CA 95103 (cr)

**State Board of Equalization**
Collection Unit
P. O. Box 642879
Sacramento, CA 94279-0001 (cr)

**Richard Wilbur**
Williams Pinelli & Cullen
110 N. 3rd Street
San Jose, CA 95112

**Office of the U.S. Trustee**
280 S. First Street, Room 268
San Jose, CA 95113