Denied

```
EDWARD F. CULLEN (CA Bar No. 133155)
WILLIAMS, PINELLI & CULLEN, LLP
110 North Third Street
San Jose, California 95112
Telephone:   (408) 288-3868
Facsimile:   (408) 288-3860

Attorneys for
DEBTOR AND
DEBTOR-IN-POSSESSION
```

FILED

OCT 3 0 2008

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

In re:

SILICON VALLEY TELECOM EXCHANGE, LLC,

Debtor.

CASE NO. 01-55137-wsj

Chapter 11

**DECLARATION OF FRED D. RUBIO, II IN SUPPORT OF APPLICATION FOR FINAL DECREE**

I, FRED D. RUBIO, II, declare:

1. I am the managing member of Debtor Silicon Valley Telecom Exchange, LLC ("Debtor" or "Reorganized Debtor"); the managing member of Silicon Valley Telecom & Internet Exchange, LLC; and the president and sole shareholder of Rubio & Associates, Inc. (collectively "Plan Proponents"), the proponents of the Third Amended Joint Plan of Reorganization ("Plan") for the reorganization of Debtor which was confirmed on August 24, 2007. I make this declaration in support of the application for final decree. If called as a witness, I would competently testify as follows:

2. Pursuant to their Plan, Plan Proponents, including Debtor, continue to pay Debtor's secured debt obligation pursuant to the terms of the promissory note and Plan Proponents are obligated to make certain payments to Debtor's general unsecured creditors of monies from the settlement of Reorganized

- 1 -
DECLARATION OF FRED D. RUBIO, II IN SUPPORT OF APPLICATION FOR FINAL DECREE

Debtor's claim against Enron Broadband Services, Inc. and net proceeds from the business operations of Plan Proponents. As of this date, the confirmed Plan has been substantially consummated, all secured creditors are being paid pursuant to the confirmed Plan, unsecured creditors have been paid amounts received from on account of Debtor's Enron claim that had been collected at the time of the distribution, and all motions, contested matters and adversary proceedings have been finally resolved.

3. Based upon the foregoing, I believe that Plan Proponents have complied with the obligations of the confirmed Chapter 11 Plan and desire to have this Court enter its Final Decree in this case.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 30, 2008, at San Jose, California.

_____
Fred D. Rubio, II

- 2 -
DECLARATION OF FRED D. RUBIO, II IN SUPPORT OF APPLICATION FOR FINAL DECREE

**In re SILICON VALLEY TELECOM EXCHANGE, LLC**
**Case No: 01-55137-wsj -- Chapter 11**

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within action.. My business address is 110 N. Third Street, San Jose, CA 95112.

On the date set forth below, I served the following documents:

**DECLARATION OF FRED D. RUBIO, II IN SUPPORT OF APPLICATION FOR FINAL DECREE**

on the interested parties to said action by the following means:

__X__ **(BY MAIL)** By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail as the office of Williams, Pinelli & Cullen, San Jose, CA, addressed as shown below. I am readily f familiar with this businesses's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence will be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(BY FACSIMILE TRANSMISSION)** I caused such documents to be delivered by facsimile transmission this date to the offices of the addressee(s), to the fax number noted herein.

_____ **(BY HAND DELIVERY)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

_____ **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2008 at San Jose, California.

_____
BRENNA PREVOST

**NAME(S) AND ADDRESSES OR FAX NUMBER(S) OF EACH PARTY SERVED:**

**SEE ATTACHED SERVICE LIST:**

## SERVICE LIST

| | |
|---|---|
| CB Richard Ellis, Inc.<br>Ellis Reiter, Esq<br>355 S. Grand Avenue, Suite 1200<br>Los Angeles, CA 90071 | Corporate Builders, Inc.<br>David DeLangis<br>200 Pine Ave., #510<br>Long Beach, CA 90802 |
| Corporate Builders, Inc<br>Marcus O. Colabianchi<br>Thelen Reid Brown Raysman and Steiner<br>101 2nd St. #1800<br>San Francisco, CA 94105 | Corporate Builders, Inc.<br>William F. Hertz, II<br>Law Offices of Yanz and Hertz<br>2505 Canada Blvd. 2nd Fl.<br>Glendale, CA 91208-2042 |
| David Tilem<br>Law Offices of David A. Tilem<br>206 N. Jackson Street, Suite 201<br>Glendale, CA 91206 | Ed Cullen<br>Williams Pinelli & Cullen<br>110 N. 3rd Street<br>San Jose, CA 95112 |
| Fernando/Karen Rubio<br>308 Casitas Bulevar<br>Los Gatos, CA 95032 | Franchise Tax Board<br>Special Procedures<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| Granite Capital Investments, Inc.<br>Gilbert Khachadourian, Jr.<br>Watson, Khachadourian and Iams<br>1000 G Street, 2nd Floor<br>Sacramento, CA 95814 | Internal Revenue Service<br>Special Procedures<br>P. O. Box 99 / Stop HQ-5420<br>San Jose, CA 95103 |
| Michael Oaks<br>125 19th Ave. NE<br>Miami, OK 74354-2729 | Networks CoLos, Inc.<br>Gilbert Khachadourian, Jr.<br>Watson, Khachadourian and Iams<br>1000 G Street, 2nd Floor<br>Sacramento, CA 95814 |
| NTT America, Inc.<br>Kenneth T. Law<br>Bialson, Bergen and Schwab<br>2600 El Camino Real #300<br>Palo Alto, CA 94306 | Office of the U.S. Trustee<br>Attn: Nanette Dumas<br>280 S. First Street, Room 268<br>San Jose, CA 95113 |
| Orlando Mitts Moore & Company<br>c/o Carol J. Bassoni<br>2084 Alameda Way<br>San Jose, CA 95126 | Pacific Carriage Limited<br>Robert C. Shenfeld, Esq.<br>Kelley Drye and Warren LLP<br>777 South Figueroa Street., Suite 2700<br>Los Angeles, CA 90017-5825 |
| Randall Lamb Associates<br>Don Eric Salom<br>Law Offices of Don Eric Salom<br>110 West C St. #1300<br>San Diego, CA 92101 | San Jose National Bank<br>Wm. Thomas Lewis, Esq.<br>Robertson and Lewis<br>Ten Almaden Blvd. # 500<br>San Jose, CA 95113 |

Case: 01-55137   Doc# 1072   Filed: 10/30/08   Entered: 11/05/08 16:50:48   Page 4 of 5

| | |
|---|---|
| 1  San Jose Unified School District<br>   Nancy L. Beauregard<br>2  Miller, Brown and Dannis<br>   71 Stevenson St. 19th Fl.<br>3  San Francisco, CA 94105 | State Board of Equalization<br>Collection Unit<br>P. O. Box 642879<br>Sacramento, CA 94279-0001 |
| 4  Verio, Inc.<br>   Kenneth T. Law<br>5  Bialson, Bergen and Schwab<br>   2600 El Camino Real #300<br>6  Palo Alto, CA 94306 | Marc L. Pinckney<br>Campeau Goodsell Smith<br>440 N. 1st Street, Suite 100<br>San Jose, California 95112 |

- 4 -