FILED

APR 2 4 2013

United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ] | Case No. 01-55137-ASW |
| | ] | |
| SILICON VALLEY TELECOM | ] | |
| EXCHANGE, LLC, | ] | Chapter 11 |
| | ] | |
| Debtor. | ] | |

**ORDER DENYING MOTION FOR LACK OF JURISDICTION**

Before the Court is "Plan Proponents' Motion for Reconsideration and/or Clarification of the Memorandum of Decision Following Evidentiary Heard [sic]." In the motion, Debtor Silicon Valley Telecom Exchange, Silicon Valley Telecom & Internet Exchange, and Rubio & Associates, Inc. (collectively, "Movants") ask the Court to clarify certain aspects of the Court's March 4, 2013 Memorandum Decision Following Evidentiary Hearing (hereafter, "the Memorandum Decision"), and to reconsider the Memorandum Decision. Movants set the motion to be heard on April 26, 2013.

The instant motion was filed approximately 6 hours after Creditor David Tilem filed a notice of appeal to the Bankruptcy Appellate Panel ("the BAP"). The motion does not address whether this Court has jurisdiction to rule on the merits of the motion

given Mr. Tilem's appeal.  However, as the BAP explained in <u>Marino</u>
<u>v. Classic Auto Refinishing, Inc. (In re Marino)</u>, 234 B.R. 767, 769
(B.A.P. 9th Cir. 1999), <u>reversed on other grounds</u>, 181 F.3d 1142
(9th Cir. 1999), the filing of a notice of appeal has
jurisdictional significance.  When Mr. Tilem filed the notice of
appeal, the effect was to divest the bankruptcy court of any
control over the aspects of this case which are involved in the
appeal, including the "jurisdiction to vacate or modify an order
which is on appeal."  <u>Id.</u> (citing <u>Trulis v. Barton</u>, 107 F.3d 685,
694-95 (9th Cir. 1995), and <u>In re Hagel</u>, 184 B.R. 793, 798 (B.A.P.
9th Cir. 1995); <u>In re Bialac</u>, 694 F.2d 625, 627 (9th Cir. 1982)
("Even though a bankruptcy court has wide latitude to reconsider
and vacate its own prior decisions, not even a bankruptcy court may
vacate or modify an order while on appeal.").  A bankruptcy court
simply cannot take actions "to expand upon or alter the
judgment[.]"  <u>In re Marino</u>, 234 B.R. at 770. However, a bankruptcy
court retains jurisdiction to implement or enforce an order which
is being appealed.  <u>Id.</u> at 769-770.

The motion before this Court asks the Court to clarify the
scope of the Memorandum Decision with regard to the employment of a
certified public accountant and the accountant's specific duties.
Movants seek clarification about the requirement to produce audited
and certified financial statements, and argue that "audited reports
are unduly expensive, unnecessary, and cannot be produced in the
time allotted to submit reports to creditors."  Movants also
contend that "it is beyond the scope of an accountant's function to
render opinions on the reasonableness or propriety of expenses[,]"
and are concerned that the Court has ordered Debtor's accountant to

undertake such review. The motion acknowledges that Marcia Gerston, the attorney for David Tilem, was planning to file an appeal on this issue.

The motion seeks more than the mere definition of terms to aid with implementation. Instead, Movants have asked the Court to alter the Memorandum Decision itself. Because of the pending appeal, the Court lacks jurisdiction to order such relief. Therefore, the motion is denied, without prejudice, for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: 4/24/13

ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

1

2  Silicon Valley Telecom Exchange
   250 Stockton Ave.
3  San Jose, CA 95126

4  Marc L. Pinckney
   4660 La Jolla Village Dr.
5  Fifth Floor, PMB 50077
   San Diego, CA 92122
6

7  Gregory J. Charles
   Law Offices of Gregory Charles
8  2131 The Alameda #C2
   San Jose, CA 95126
9

10 Bernard Greenfield &
   Marcia E. Gerston
11 Greenfield Sullivan Draa & Harrington LLP
   55 S. Market St. #1500
12 San Jose, CA 95113

13
   Courtesy Copies to:
14
   Scott Goodsell
15 William Healy
   Campeau, Goodsell Smith
16 440 N 1st St. #100
   San Jose, CA 95112
17

18 David Tilem
   206 N Jackson St #201
19 Glendale, CA 91206

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California